IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 98-231(SEC) -(GAG) |
| RUBEN MONROIG-ALMODOVAR, et al. | |
| Defendant. | |

**UNITED STATES' MOTION FOR DESTRUCTION OF FIREARM**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

1. On November 30, 1998, a cooperating witness related to the investigation of the instant case, turned over to the Federal Bureau of Investigations a firearm for which he had no legal permit. The firearm is described as follows:

> One Taurus 9MM Handgun, Model PT92AFS (Serial # TOE 87143),
>
> with one 9MM Magazine

2. This case has been terminated and disposed of by the United States Attorney's Office.

3. The firearm has, at all times, been retained by the Federal Bureau of Investigations.

4. The United States of America respectfully requests that this Court order the destruction of said firearm, pursuant to the guidelines established by the Federal Bureau of Investigations since such evidence constitutes a high security risk and the custody of same entails an unnecessary expense to the United States of America.

<u>U.S. A. v. Ruben Monroig-Almodovar</u>
Crim. Num. 98-231(SEC) -(GAG)
Page 2

WHEREFORE, the United States of America respectfully requests that this motion be granted and that the Court issue an order for the destruction of the aforementioned firearm.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of October, 2005.

                                                        H. S. GARCIA
                                                       United States Attorney

                                                       <u>s/ Nereida Meléndez-Rivera</u>
                                                       Nereida Meléndez-Rivera -203106
                                                       Assistant U.S. Attorney
                                                       Torre Chardón, Suite 1201
                                                       350 Carlos Chardón Street
                                                       San Juan, Puerto Rico 00918
                                                       Tel: (787) 766-5656
                                                       Fax: (787) 766-5632