

**U. S. Department of Housing and Urban Development**
San Juan Field Office
Office of Counsel
Region IV

March 27, 2008

Honorable Judge Camille L. Vélez Rivé
U.S. District Judge
United States District Court
District of Puerto Rico
Federal Office Building, Romm 150
Carlos Chardón Avenue
Hato Rey, PR  00918-1767

SUBJECT:  Check No. 31-003927812
          Case No. 98-CR-0231-002
          José E. Ríos Ramírez

Dear Honorable Judge Vélez-Rivé:

Enclosed is copy of memorandum dated August 26, 2002 addressed to Otis Jones, at that time the Director of Reports and Control Division, Fort Worth Office, Texas, with copy of Official Check number 31-003927812 issued by Banco Popular of Puerto Rico, on August 14, 2002, for the amount of $293,791.36 paid to the order of the U.S. Department of Housing and Urban Development (HUD).  As a result of this payment, the amount of $293,791.36 should be reflected as a decrease in the restitution order in the case of José E. Ríos Ramíerez.

If you need any other information, do not hesitate to contact Mrs. Laura Coira, at (787) 766-5400, Ext. 2049.

Very sincerely yours,

María Teresa Pombo
Chief Counsel

Enclosure

*HUD's mission is to increase homeownership, support community development and increase access to affordable housing free from discrimination.*

Parque las Américas I • 235 Federico Costa Street • San Juan, PR 00918 • www.hud.gov
• espanol.hud.gov
Tel. (787) 766-5101 • Fax. (787) 766-6107



**U. S. Department of Housing and Urban Development**
**San Juan Field Office**
**Office of Counsel**
**Region IV**

### CERTIFIED COPY

Pursuant to Delegation of Authority to Affix Department Seal and Authenticate Documents, published at 68 FR 4837-D-33 (July 15, 2003), I, María Teresa Pombo, Chief Counsel, do hereby certify that the annexed and foregoing is a true and correct copy of the document found in the files of the Department:

> **Memorandum dated August 26, 2002, Check No. 31-003927812, Restitution of Money, HUD-OIG Report 00-AT-201-1003, Recommendation 3D, consisting of one (1) page.**

In testimony whereof, I have hereunto subscribed my name, and caused the seal of the U.S. Department of Housing and Urban Development to be affixed at San Juan, Puerto Rico, this 27th day of March, 2008.

María Teresa Pombo
Attesting Officer

*HUD's mission is to increase homeownership, support community development and increase access to affordable housing free from discrimination.*

Parque las Américas I • 235 Federico Costa Street • San Juan, PR 00918 • www.hud.gov
• espanol.hud.gov
Tel. (787) 766-5101 • Fax. (787) 766-6107