

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
CARIBBEAN HUB OFFICE OF PUBLIC HOUSING
EDIFICIO ADMINISTRACION DE TERRENOS
171 CARLOS CHARDON AVENUE - ROOM 301
SAN JUAN PUERTO RICO 00918-0903
http://www.hud.gov

JOSÉ E. RIOS

AUG 2 6 2002

**MEMORANDUM FOR:** Otis Jones, Director, Reports & Control Division

**FROM:** Olga Saez, Acting Director, Caribbean Hub Office of Public Housing, 4NPH

**SUBJECT:** Check Number 31-003927812
Re: Restitution of money, HUD-OIG Report 00-AT-201-1003, Rec. 3D

Attached is Check Number 31-003927812, for $293,791.86 issued by Banco Popular de Puerto Rico, on August 14, 2002. This check constitutes a recovery of federal funds frozen by the bank upon an order of the federal government. Through a fraudulent scheme, several individuals misappropriated and cause to produce a false duplicate payment voucher requesting the payment of $485,893.49. Information that we obtained from the Puerto Rico Public Housing Administration disclosed that PHA made the payment with funds pertaining to Comprehensive Grant Program (CGP) FY 95. This check will be considered as a restitution that will decrease the amount of Recommendation 3D.

We will appreciate it that your office proceed with the required procedures to credit this check to the appropriate CGP program year or proceed as you may deem proper.



**BANCO POPULAR**
0222020614
BANCO POPULAR DE PUERTO RICO
PO Box 362708
San Juan, Puerto Rico 00936-2708

**OFFICIAL CHECK**
NO. 31-003927812   101-201/215

Date AUG 14, 2002   $****293,791.86

Pay TWO HUNDRED NINETY-THREE THOUSAND SEVEN HUNDRED NINETY-ONE
AND 86/100 DOLLARS***************************************************

To the Order of
⌐ U.S DEPARTMENT H.U.D

Over $5,000.00 Two Signatures Required

REMITTER:
⌐ CASO 98-231

⑈003927812⑈ ⑉021502011⑉ 000⑈000310⑈

```
[Federal Register: July 15, 2003 (Volume 68, Number 135)]
[Notices]
[Page 41840]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr15jy03-79]
```

-----------------------------------------------------------------------

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

[Docket No. FR-4837-D-33]


Delegation of Authority To Affix Department Seal and Authenticate Documents

AGENCY: Office of the Secretary, HUD.

ACTION: Delegation of authority.

-----------------------------------------------------------------------

SUMMARY: This delegation of authority revises and updates the designation of Department officials and staff designated to affix the Department's seal and authenticate copies of documents.

EFFECTIVE DATE: July 2, 2003.

FOR FURTHER INFORMATION CONTACT: Shari Weaver, Managing Attorney, Office of Litigation, Office of General Counsel, Room 10258, Department of Housing and Urban Development, 451 Seventh Street, SW., Washington, DC 20410-0500; telephone (202) 708-0300. (This is not a toll-free number.) For those needing assistance, this number may be accessed through TTY by calling the toll-free Federal Information Relay Service number at 1-800-877-8339.

Section A. Authority Delegated

     Each of the following HUD employees is designated as an Attesting Officer and is authorized to cause the seal of the Department of Housing and Urban Development to be affixed to such documents as may require its application and to certify that a copy of any book, paper, microfilm, or other document is a true copy of that in the files of the Department:

1. Each Assistant Secretary;
2. President, Government National Mortgage Association;
3. Inspector General;
4. General Counsel;
5. Chief Financial Officer;
6. The Director of each Headquarters Office;
7. Each Deputy Assistant Secretary;
8. Each Regional Director;
9. Each Field Office Director;
10. Each Deputy General Counsel;
11. Each Associate General Counsel;
12. Each Assistant General Counsel;
13. Each Regional Counsel;
14. Each Chief Counsel; and
15. The Docket Clerks, in the Office of General Counsel.

Section B. Authority Revoked

     This delegation revokes and supersedes the delegation of authority

published on October 23, 1995 (60 **FR** 54380).

    Authority: Sections 7(d) and (g), Department of Housing and Urban Development Act (42 U.S.C. 3535(d) and (g)).

    Dated: July 2, 2003.
Mel Martinez,
Secretary.
[**FR** Doc. 03-17769 Filed 7-14-03; 8:45 am]
BILLING CODE 4210-32-P